UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> JOSEPH MILES, ) <br>       Defendant. ) | Criminal No. 14-cr-65 |

## ORDER

No objection to the Report and Recommendation of Magistrate Judge G. Michael Harvey having been filed, it is hereby **ADOPTED**.

Early termination of defendant's probation is **DENIED**. Defendant shall serve the remainder of his term of probabtion until it expires on June 19, 2019.

It is **SO ORDERED**.

SIGNED this 10th day of April, 2019.

_____
Royce C. Lamberth
United States District Judge